UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AURELIUS CAPITAL MASTER, *et al.*,

Plaintiffs,

-v-

MBIA INSURANCE CORPORATION, *et al.*,

Defendants.

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED  that Defendants' time to answer, move, or otherwise respond

to the complaint is hereby extended in accordance with the briefing schedule to be set at the May 1,

2009 pre-motion conference.

SO ORDERED.

DATED:    April 20, 2009
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE