USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 5/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL MASTER, *et al.*,

                       Plaintiffs,

-v-

MBIA INSURANCE CORPORATION, *et al.*,

                       Defendants.

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the May 1, 2009 conference with the Court, the following schedule was adopted:

No later than May 6, 2009, Defendants shall file their motion to dismiss.

No later than May 15, 2009, Plaintiffs shall file their opposition.

No later than May 26, 2009, Defendants shall file their reply.

SO ORDERED.

DATED:    May 4, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE