USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL MASTER, *et al.*,

                              Plaintiffs,

        -v-

MBIA INSURANCE CORPORATION, *et al.*,

                              Defendants.

---

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiffs dated October 16, 2009, attaching supplemental authority for the Court's consideration.

Defendants ARE HEREBY ORDERED to submit a response by October 26, 2009, at 5:00 p.m.

SO ORDERED.

DATED:        October 21, 2009
              New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE