UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AURELIUS CAPITAL MASTER, *et al.*,

           Plaintiffs,

-v-

MBIA INSURANCE CORPORATION, *et al.*,

           Defendants.

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants dated October 26, 2009, suggesting that the Court stay the above-captioned action pending a decision from the New York Court of Appeals in *ABN Amro Bank N.V., et al. v. MBIA Inc. et al.*, currently pending in New York state court.

    IT IS HEREBY ORDERED that Plaintiffs shall submit a letter to the Court not later than 5:00 p.m. on Thursday, October 29, indicating whether they consent to such a stay, and, in the event that they do not, stating the reasons therefor.

SO ORDERED.

DATED:    October 26, 2009
                 New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE