UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AURELIUS CAPITAL MASTER, *et al.*,

                Plaintiffs,

-v-

MBIA INSURANCE CORPORATION, *et al.*,

                Defendants.

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties ARE HEREBY ORDERED to appear for oral argument on Defendants' pending motion to dismiss on November 13, 2009, at 3:00 p.m.

SO ORDERED.

DATED:    October 29, 2009
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE