UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AURELIUS CAPITAL MASTER, *et al.*,

                    Plaintiffs,

-v-

MBIA INSURANCE CORPORATION, *et al.*,

                    Defendants.

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties have requested that the oral argument in the above-captioned action, currently scheduled for November 13, 2009, be rescheduled.

    IT IS HEREBY ORDERED that the parties shall appear for oral argument on November 17, 2009, at 2:15 p.m.

SO ORDERED.

DATED:    November 2, 2009
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE