UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AURELIUS CAPITAL MASTER, *et al.*,

                    Plaintiffs,

        -v-

MBIA INSURANCE CORPORATION, *et al.*,

                    Defendants.

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court is in receipt of a letter from Defendants, attaching a transcript of a conference in *ABN Amro Bank et al. v. MBIA Inc.* et al., currently pending before the Honorable Justice Yates in Supreme Court, New York County. In the transcript, Justice Yates indicates that he intends to wait until November 24, 2009, to issue his written opinion on Defendants' motion to dismiss.

       The case before Justice Yates presents issues similar to those before this Court, and Justice Yates's opinion is likely to provide considerable guidance on a complex issue of New York law. Accordingly, IT IS HEREBY ORDERED that within one week of Justice Yates's opinion, the parties shall submit a joint letter, not to exceed ten pages, advising the Court of the parties' respective positions on the opinion's impact on the issues before this Court. The Court will thereafter promptly schedule oral argument. Accordingly, the argument currently scheduled for November 17, 2009, is adjourned.

If Justice Yates has not issued his written opinion by December 1, 2009, the parties shall so advise the Court.

SO ORDERED.

DATED:     November 13, 2009
           New York, New York


_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE