UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aurelius Capital Master, Ltd., Aurelius Capital
Partners, L.P., Fir Tree Value Master Fund,
L.P. and Fir Tree Mortgage Opportunity Master
Fund, L.P., individually, an on behalf of a class
of similarly situated persons pursuant to Fed. R.
Civ. P. 23,

      Plaintiffs,

-v-

MBIA Inc., MBIA Insurance Corporation, and
MBIA Insurance Corporation of Illinois,

      Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10

No. 09-CV-2242 (RJS)
[PROPOSED] CASE MANAGEMENT
PLAN AND
SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

  Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order.

1.  All parties do not consent to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

2.  This case is to be tried to a jury.

3.  Additional parties may be joined until a responsive pleading is filed or with leave of Court.

4.  Amended pleadings may be filed until a responsive pleading is filed or with leave of the Court.

5.  Initial disclosures pursuant to Rule 26(a)(1) shall be completed no later than March 22, 2010

6.  All *fact* discovery, except for responses to Requests to Admit, is to be completed no later than December 17, 2010.

7.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 6 above.

1

a. Initial requests for production of documents in addition to the requests for production served by Plaintiffs on May 19, 2009 shall be served by the earlier of March 30 or 15 days after entry of this Order.

b. All documents responsive to initial requests (other than those responsive documents subject to unresolved objections) shall be produced on a rolling basis with production complete by June 1, 2010.

c. Initial interrogatories shall be served by the earlier of March 30 or 15 days after entry of this Order.

d. Plaintiffs' motion for class certification shall be filed on or before ~~September 15~~ **June 30, 2010**, 2010. The briefing schedule and expert discovery schedule, if any, shall be further discussed by the parties and set by subsequent Court order.

e. Depositions shall be completed by December 17, 2010.

   i. Absent an agreement between the parties or an order from the Court, depositions are not to be held until all parties have responded to initial requests for document production.

   ii. There is no priority in deposition by reason of a party's status as a plaintiff or a defendant.

   iii. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

f. Requests to Admit shall be served no later than December 17, 2010.

8. All *expert* disclosures, including reports, production of underlying documents, and depositions shall be completed pursuant to the following deadlines:

   a. Service of Plaintiffs' expert reports: February 14, 2011

   b. Depositions of Plaintiffs' experts completed: March 7, 2011

   c. Service of Defendants' expert reports: March 21, 2011

   d. Depositions of Defendants' experts completed: April 11, 2011

   e. Service of Plaintiffs' expert rebuttal reports: April 25, 2011

   f. Depositions of Plaintiffs' rebuttal experts completed: May 16, 2011

9. All discovery shall be completed no later than May 16, 2011.

10. The Court will conduct a post-discovery conference on _____**TBD**_____.

2

11.   If either party contemplates a motion, the post-discovery conference will function as a pre-motion conference. Pre-motion letters are to be submitted by ___TBD___. Pursuant to Rule 2.A of the Court's Individual Practices, responses to pre-motion letters are to be submitted within three business days from the date of service of the initial pre-motion letter. Pre-motion letters and responses shall be submitted to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov.

12.   If neither party contemplates a dispositive motion, the post-discovery conference will function as a pre-trial conference at which a trial date will be set.

13.   Counsel for the parties will confer with respect to an appropriate mediator for settlement discussions.

14.   Parties have conferred and their present best estimate of the length of trial is three weeks.

SO ORDERED.

DATED:   ___March 15___, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE