UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL MASTER, *et al.*,

Plaintiffs,

-v-

MBIA INSURANCE CORPORATION, *et al.*,

Defendants.

---

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a joint letter from the parties raising several discovery disputes.

Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a telephone conference on

Friday, July 30, 2010, at 4:30 p.m.  The parties shall gather on one line and contact chambers at

(212) 805-0264 when all are present.


SO ORDERED.

DATED:      July 22, 2010
            New York, New York


                                              _____
                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED: 7/23/10