Seth A. Moskowitz (smoskowitz@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:   (212) 506-1800

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD., AURELIUS CAPITAL PARTNERS, LP, FIR TREE VALUE MASTER FUND, L.P., FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P., AND FIR TREE MORTGAGE OPPORTUNITY MASTER FUND, L.P., individually, and on behalf of a class of similarly situated persons pursuant to Fed. R. Civ. P. Rule 23. <br><br> Plaintiffs, <br><br> v. <br><br> MBIA INC., MBIA INSURANCE CORPORATION, and NATIONAL FINANCE GUARANTEE CORPORATION (f/k/a MBIA INSURANCE CORP. OF ILLINOIS), <br><br> Defendants. | No. 09-Civ-02242 (RJS) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Seth A. Moskowitz of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as co-counsel to Defendants, certifies that he is admitted to practice in this court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: August 2, 2010
New York, New York

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

By: /s/ Seth A. Moskowitz
    Seth A. Moskowitz
(smoskowitz@kasowitz.com)
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorney for Defendants MBIA Inc., MBIA Insurance Corporation, and National Finance Guarantee Corporation (f/k/a MBIA Insurance Corp. of Illinois)*