KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

SETH A. MOSKOWITZ
212-506-1757
SMOSKOWITZ@KASOWITZ.COM

August 4, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/10

MEMO ENDORSED

**BY E-MAIL**

The Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:   *Aurelius Capital Master, Ltd., et al. v. MBIA Inc., et al.,* No. 09 Civ 2242 (RJS)

Dear Judge Sullivan:

We represent defendants MBIA Inc., MBIA Insurance Corporation, and National Public Finance Guarantee Corporation (f/k/a/ MBIA Insurance Corp. of Illinois) (collectively, "MBIA") in the above-referenced action. We write pursuant to Rule 1(D) of Your Honor's Individual Practices to request a brief extension of time to submit the parties' joint letter regarding certain discovery disputes that were discussed during the July 30, 2010 telephone conference in this action. During the conference, the Court directed the parties to submit a joint letter on Friday, August 6, 2010, but stated that the parties could request additional time (if necessary) to accommodate counsel's vacation plans.

We request that the Court extend this deadline by three business days to August 11. Kenneth David, the attorney at our firm who has been most involved with these issues, is on vacation this week. In addition, such an extension will provide us with additional time to confer with MBIA employees to determine the expected impact of plaintiffs' demands and whether we can reach a consensual resolution of the remaining issues. This is the first request for an extension of this deadline. Counsel for plaintiffs consents to this request.

Respectfully,

Seth A. Moskowitz

cc:   David W. Ichel, Esq. (By E-mail)

SO ORDERED_____
Dated: 8/4/10      RICHARD J. SULLIVAN
                   U.S.D.J.