```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURELIUS CAPITAL MASTER, *et al.*,

                Plaintiffs,

-v-

MBIA INSURANCE CORPORATION, *et al.*,

                Defendants.

No. 09 Civ. 2242 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On July 30, 2010, the parties appeared before the Court for a telephone conference, at which time the Court ruled on certain discovery disputes and invited the parties to make an additional submission regarding the areas in which the Court did not rule.

    The Court is now in receipt of a joint letter from the parties dated August 11, 2010. The letter reports that the parties have reached agreement with respect to every issue except the discovery cut-off date: Plaintiffs seek a date of March 1, 2010, and Defendants seek a date of May 17, 2009. In compliance with the Court's directive at the telephone conference, Plaintiffs have agreed to limit their request for documents created after May 17, 2009, to five categories of information described in Exhibit A to the parties' August 11 letter.

    The Court has considered all of the parties' arguments, both those raised on the record at the telephone conference and those addressed in the parties' joint letters of July 22, 2010, and August 11, 2010. The Court now rules that, provided Plaintiffs' requests for post-May 17, 2009 documents are limited as proposed in Exhibit A, it will impose a discovery cut-off date of March 1, 2010.

DATED:    August 13, 2010
                New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE